ERIC A. GROVER (SBN 136080)
eagrover@kellergrover.com
VALERIE L. SHARPE (Of Counsel) (SBN 191344)
vsharpe@kellergrover.com
DENISE L. DIAZ (SBN 159516)
ddiaz@kellergrover.com
**KELLER GROVER LLP**
425 Second St., Suite 500
San Francisco, CA 94107
Telephone: (415) 543-1305
Fax: (415) 543-7861

Attorneys for Plaintiff
CATHERINE SULLIVAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE SULLIVAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KELLY SERVICES, INC., and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No.: CV 08 3893<br><u>CLASS ACTION</u><br><br>**PLAINTIFF CATHERINE SULLIVAN'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Civil Local Rule 3-16] |

---

PLAINTIFF'S CERTIFICATION
OF INTERESTED PARTIES                                          Case No.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 14, 2008

Respectfully submitted,

**KELLER GROVER LLP**

By: *Eric A. Grover /oko*

ERIC A. GROVER
Attorneys for Plaintiff

---

PLAINTIFF'S CERTIFICATION
OF INTERESTED PARTIES                                   Case No.